Patricia LEDEZMA–RIVAS, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney
General, Respondent.

No. 07–73282.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 23, 2010.*

Filed Sept. 7, 2010.

Ali Taheripour, Esquire, Law Offices of
Mgdesyan & Taheripour, Sherman Oaks,
CA, for Petitioner.

OIL, Christopher C. Fuller, Esquire,
DOJ–U.S. Department of Justice, Washington, DC, CAS–District Counsel, Esquire, Office of The District Counsel
Department of Homeland Security, San
Diego, CA, Ronald E. Lefevre, Office of
The District Counsel Department of
Homeland Security, San Francisco, CA,
for Respondent.

Before: LEAVY, HAWKINS, and
THOMAS, Circuit Judges.

MEMORANDUM **

Patricia Ledezma–Rivas, a native and
citizen of Mexico, petitions for review of
the Board of Immigration Appeals' order
dismissing her appeal from an immigration
judge's decision denying her application
for cancellation of removal. We have ju-
risdiction under 8 U.S.C. § 1252. We review questions of law de novo, *Tapia v.
Gonzales,* 430 F.3d 997, 999 (9th Cir.2005),
and we deny the petition for review.

The agency properly determined that
Ledezma–Rivas was ineligible for cancellation of removal because she failed to meet
the seven-year continuous physical presence requirement. *See* 8 U.S.C.
§ 1229b(a)(2) (requiring seven years of
continuous presence after having been "admitted in any status"); *see also* 8 U.S.C.
§ 1101(a)(13)(A) (defining "admitted" as
"the lawful entry of an alien into the United States after inspection and authorization by an immigration officer.").

**PETITION FOR REVIEW DENIED.**

* The panel unanimously concludes this case is
suitable for decision without oral argument.
*See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.